**97–887. Barnett v. Ohio Adult Parole Auth.**

Ross App. No. 96CA2240. This cause is pending before the court as an appeal from the Court of Appeals for Ross County. Upon consideration of appellees' motion to withdraw motion to strike or dismiss appellant's notice of appeal filed June 16, 1997,

IT IS ORDERED by the court that the motion to withdraw motion to strike or dismiss be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS